Charles Deng Acupuncture, P.C., as Assignee of Gomez, Sotera, Appellant,
against
ELRAC, Inc., Respondent.




The Rybak Firm, PLLC (Joseph D. DePalma, Esq.), for appellant.
Carman, Callahan & Ingham, LLP (Jeffrey P. Saxon, Esq.), for respondent.

Appeal from an order of the Civil Court of the City of New York, Queens County (William A. Viscovich, J.), entered July 1, 2014. The order, insofar as appealed from, granted the branches of defendant's motion seeking summary judgment dismissing so much of the complaint as sought to recover for services billed under CPT codes 97810 and 97811.




ORDERED that the order, insofar as appealed from, is affirmed, with $25 costs.
For the reasons stated in Charles Deng Acupuncture, P.C., as Assignee of Gomez, Sarae v ELRAC, Inc. (__ Misc 3d __, 2017 NY Slip Op ___ [appeal No. 2014-1869 Q C]), decided herewith), the order, insofar as appealed from, is affirmed. 
PESCE, P.J., ALIOTTA and SOLOMON, JJ., concur.
Paul Kenny
Chief Clerk
Decision Date: September 08, 2017